KAREN M. STEVENS
California Bar No. 110009
185 W. F Street, Suite 100
San Diego, California 92101
Telephone: (619) 239-8553
Facsimile: (619) 239-0056
kstevensesq@hotmail.com

Attorney for Gerardo Salto-Rocha

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO SALTO-ROCHA (1),<br>JOSE HERNANDEZ-RIVAS)(2)<br><br>Defendants. | Case No. 08CR2430-1-BTM<br><br>Date: August 15, 2008<br>Time: 2:30 p.m.<br><br>**NOTICE OF OPPOSITION AND OPPOSITION TO MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESSES** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY
GAYLE MAYFIELD-VENIERIS, MATERIAL WITNESS ATTORNEY:

PLEASE TAKE NOTICE that on August 15, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Gerardo Salto-Rocha, by and through his attorney, Karen M. Stevens will ask this Court to deny the pending motion for a videotaped deposition of the material witnesses.

//

**MOTIONS**

Gerardo Salto-Rocha, by and through his attorney, pursuant to the Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules,

hereby moves this Court for an order:

**Denying Motions For Videotaped Deposition**s

This opposition is based upon the instant opposition and notice of opposition, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: August 8, 2008

/s/ Karen M. Stevens
KAREN M. STEVENS
Attorney for Gerardo Salto-Rocha

PROOF OF SERVICE

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 185 W.F. Street, Suite 100, San Diego, California, 92101.

2. I am effecting service of DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

PETER MAZZA, Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92101

DAVID BAKER
419 19TH Street
San Diego, CA 921022

GAYLE MAYFIELD-VENIERIS
462 Stevens Aveenue, Suite 303
Solana Beach, CA 92075

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2008

S/Karen M. Stevens
KAREN M. STEVENS