FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERARDO SALTO-ROCHA (1),<br>JOSE HERNANDEZ-RIVAS (2),<br>Defendants. | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No. 08 mj 2098<br>~~[PROPOSED]~~<br>**ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS EPIFANIO BARAJAS-RODRIGUEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br>JUDGE: Hon. Barry Ted Moskowitz<br>CRTRM: 15, Fifth Floor<br>DATE: August 15, 2008<br>TIME: 2:30 p.m. |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witnesses EPIFANIO BARAJAS-RODRIGUEZ ("BARAJAS")'s request for an Order Shortening Time to hear his Motion for Video Deposition and Release.

The hearing for the Motion for Video Deposition and Release of the material witness BARAJAS will come before this Court on **August 15, 2008 at 2:30 p.m.** Appearing for the material witness his attorney Gayle Mayfield-Venieris, Esq., Peter Mazza, Assistant United States Attorney, Karen M. Stevens, Esq. for Defendant Gerardo Salto-Rocha, and David Baker, Esq., for Defendant Jose Hernandez-Rivas.

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**IT IS SO ORDERED.**

Dated: 8/13/08

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE