KAREN M. STEVENS
California Bar No. 110009
185 W. F Street, Suite 100
San Diego, California 92101
Telephone: (619) 239-8553
Facsimile: (619) 239-0056
kstevensesq@hotmail.com

Attorney for Gerardo Salto-Rocha

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO SALTO-ROCHA (1),<br><br>Defendant. | Case No. 08CR2430-1-BTM<br><br>Date: August 29, 2008<br>Time: 1:30 p.m.<br><br>**NOTICE OF MOTION AND MOTIONS TO: COMPEL DISCOVERY; LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on August 29, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Gerardo Salto-Rocha, by and through his attorney, Karen M. Stevens will ask this Court to issue an Order, granting the motions listed below.

//

**MOTIONS**

Gerardo Salto-Rocha, by and through his attorney, pursuant to the Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

(1) To Compel Discovery;

(2) For Leave to File Further Motions.

These motions are based upon the instant Motions and Notice of Motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention prior to or at the time of the hearing of these motions.

Respectfully submitted,

Dated: August 15, 2008

/s/ Karen M. Stevens
KAREN M. STEVENS
Attorney for Gerardo Salto-Rocha

PROOF OF SERVICE

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 185 W.F. Street, Suite 100, San Diego, California, 92101.

2. I am effecting service of DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

PETER MAZZA, Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92101

DAVID BAKER
419 19TH Street
San Diego, CA 921022

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008

S/Karen M. Stevens
KAREN M. STEVENS