**KAREN STEVENS**
Attorney at Law
California Bar No. 110009
105 W. "F" Street
San Diego, California 92101
Telephone No. (619) 239-8553
Facsimile No. (619) 239-0056

Attorney for Defendant:
**GERARDO SALTO-ROCHA**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GERARDO SALTO-ROCHA,<br>Defendant. | CASE NO. 08CR2430-BTM<br><br>**DEFENDANT'S EX PARTE REQUEST FOR EXTRAORDINARY EXPENSES; ORDER THEREON** |

**COMES NOW DEFENDANT,** GERARDO SALTO-ROCHA, by and through his counsel, Karen M. Stevens, and hereby requests this Court to approve of the expenditure of additional funds in the above-entitled matter, for the following reasons:

1. Counsel for Defendant was appointed to this case on or about July 10, 2008;

2. To date, counsel has received approximately 260 of pages of discovery, as well as the video-taped, post-arrest interviews of eight individuals; an additional taped interview is anticipated. Counselor's interpreter has met with Defendant (with and without counsel's presence) on numerous occasions, at the M.C.C; she has also reviewed the C.D. Containing the above-referenced video-taped interviews, and has interpreted and summarized those interviews. To date, attorney's interpreter expenses are already at the amount authorized, and perhaps a few hours beyond;

3. This case is a potential "death penalty"; which counsel will require the expenditure of many more hours by counsel's interpreter.

4. Therefore, counsel submits the interpreter will require at a minimum, another twenty-five

to thirty hours to continue assisting counsel in this matter.

Wherefore, counsel requests this Court Order Extraordinary expenses for interpreter Sylvia Castro, not to exceed an additional thirty (30) hours.

Dated: August 18, 2008

Respectfully submitted,

/S/ Karen M. Stevens

Karen M. Stevens
Attorney for Defendant
GERARDO SALTO-ROCHA

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby Ordered that Defense counsel's interpreter, Sylvia Castro, is authorized to submit additional hours for her time interpreting in the instant case, not to exceed an additional thirty (30) hours.

**IT IS SO ORDERED.**

Date:__________

________________________________

HON. BARRY TED MOSKOWITZ