**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**( HON. BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>GERARDO SALTO-ROCHA,<br><br>Defendant. | CASE NO. 08CR02430-BTM<br><br>**ORDER FOR EXTRAORDINARY FEES** |

Good cause appearing, IT IS HEREBY ORDERED that defendant's Request for Extraordinary Fees, not to exceed an additional FIVE HUNDRED DOLLARS, is hereby GRANTED.

IT IS SO ORDERED.

DATED: August 25, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge